UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDEPENDENT LIVING RESOURCE CENTER SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 18-cv-06503-RS <br><br> **ORDER DIRECTING CLOSURE OF CASE** |

On July 30, 2019, defendants' motion to compel arbitration of plaintiffs' claims was granted and this action was stayed. For administrative purposes, the Clerk is directed to close the matter. Any party may move to reopen in the event there is a factual and legal basis to do so.

**IT IS SO ORDERED**.

Dated: January 24, 2023

_____
RICHARD SEEBORG
Chief United States District Judge